UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22578-CIV-MARTINEZ-BECERRA

JEAN COTY RIDORE,

    Plaintiff,

v.

SCHOOL BOARD OF MIAMI-DADE
COUNTY, FLORIDA, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's *pro se* complaint, (ECF No. 1). Magistrate Judge Becerra issued a Report and Recommendation, (ECF No. 19), recommending that this action be dismissed with prejudice. The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 19), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiff's *pro se* complaint, (ECF No. 1), is **DISMISSED with prejudice**.
2. This case is **CLOSED,** and all pending motions are **DENIED** as **MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of August, 2022.

                                                                                  JOSE E. MARTINEZ
                                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
Jean Coty Ridore, *pro se*